**Order entered December 3, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00539-CR

**ROBERT ALEX, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F12-61271-V**

## ORDER

The Court **REINSTATES** the appeal.

On October 9, 2015, this Court ordered the trial court to make findings regarding why appellant's brief had not been filed. We have not received the findings, but on November 24, 2015, appellant tendered a brief without an extension motion. Nevertheless, in the interest of expediting the appeal, we **VACATE** the October 9, 2015 order requiring findings.

We **ORDER** appellant's brief filed as of the date of this order.

/s/     ADA BROWN
          JUSTICE